02-11-462-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-11-00462-CV 

 

 




 
 
 In re Rigoberto Torres Farias
 
 
  
 
 
 RELATOR
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s “Appellant's Motion For Suspension Of Rules.” 
The motion is GRANTED.

The
court has also considered relator’s petition for writ of mandamus and is of the
opinion that the petition should be dismissed.  Accordingly, relator’s petition
for writ of mandamus is DISMISSED for want of jurisdiction.  

PER CURIAM

 

PANEL: 
LIVINGSTON, C.J.; DAUPHINOT and WALKER, JJ.

 

DELIVERED: 
November 10, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).